UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRUDY SNYDER,<br><br>                  Plaintiff,<br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation,<br><br>                  Defendant. | Case No. 3:23-cv-05139-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

COME NOW the parties to this action, by and through the undersigned counsel, and hereby stipulate that the claims asserted in this action have been fully settled, resolved, or compromised and that an Order may be entered dismissing the action with prejudice and without an award of costs or attorney's fees to all parties.

DATED this ___ day of January, 2025

SCHAUERMANN THAYER PS

_SAS_____
Scott A. Staples, WSBA # 39325
Attorney for Plaintiff
1700 E. Fourth Plain Blvd.
Vancouver, WA 98661
360-696-0583
scotts@stlaw.com

DATED this ___ day of January, 2025

MB LAW GROUP

_/s/ Thomas W. Purcell_____
John W. Knottnerus, WSBA # 22643
Thomas W. Purcell, WSBA #49450
Attorney for Defendant
620 SW Fifth Ave., Suite 300
503-9142015
jknottnerus@mblglaw.com
tpurcell@mblglaw.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

Schauermann Thayer
700 E Fourth Plain Blvd
Vancouver, WA 98661
(360) 695-4244

**ORDER**

IN CONFORMITY with the foregoing Stipulation, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiff against Defendant in the above-captioned matter shall be, and hereby are, DISMISSED WITH PREJUDICE.

DATED this 10th day of January, 2025.

The Honorable Benjamin H. Settle

Presented by and stipulated to
this 8 day of January, 2025:

SCOTT A. APLES, WSBA 39325
of Attorneys for Plaintiff

Agreed as to form, notice of presentation waived and stipulated to this 8th day of January, 2025:

/s/ Thomas W. Purcell
John W. Knottnerus, WSBA # 22643
Thomas W. Purcell, WSBA #49450
of Attorneys for Defendant